is any evidence here showing that there was any joint enterprise. There was evidence to the contrary that there was not any joint enterprise; one was the employee of the other." If this exception be other than that the evidence is insufficient, and so hereinbefore disposed of, if it suffices to review the law of the instructions, without more, it is obvious that the theory of the exception is erroneous, and that the instructions in principle are sound. The record discloses no error, and the judgment is affirmed.

---

## 1

Frank SMITH, Plaintiff in Error, v. UNITED STATES of America, Defendant in Error. (Circuit Court of Appeals, Ninth Circuit. October 20, 1924.) No. 4292. In Error to the District Court of the United States for the District of Oregon. John P. Hannon, of Portland, Or., for plaintiff in error. John S. Coke, U. S. Atty., and Millar E. McGilchrist, Asst. U. S. Atty., both of Portland, Or., for the United States. Before HUNT and RUDKIN, Circuit Judges, and BOURQUIN, District Judge.

BOURQUIN, District Judge. The case of plaintiff in error is so devoid of merit that the inference is warranted he seeks review to delay execution—a practice too common in cases of its class and that is not to be encouraged. To conviction for violations of the Prohibition Act (Comp. St. Ann. Supp. 1923, § 10138¼ et seq.) the errors assigned are (1) insufficiency of the evidence, and (2) improper instructions. The first was not challenged at the trial by motion to direct a verdict, there is substantial evidence in support of the verdict, the conflict was settled by the jury's findings and the court's denial of a new trial, and thus no detail and review of the evidence is required or warranted here. The second is based upon the instructions in respect to the joint enterprise of plaintiff in error and his codefendant, and upon exception thereto that plaintiff in error was satisfied save that he did not "think there

## 2

Hoyt WHELCHEL, as Trustee of Moultrie Creamery & Produce Company, Bankrupt, et al., Appellants v. CITIZENS' BANK OF MOULTRIE, Appellee. (Circuit Court of Appeals, Fifth Circuit. October 21, 1924.) No. 4311. Appeal from the District Court of the United States for the Southern District of Georgia; William H. Barrett, Judge. Orville A. Park, of Macon, Ga. (Jones, Park & Johnston and Harris, Harris & Popper, all of Macon, Ga., and Pope & Bennet, of Albany, Ga., on the brief), for appellants. R. J. Bacon, of Baconton, Ga., and Erle B. Askew, of Moultrie, Ga., for appellee. Before WALKER, BRYAN, and KING, Circuit Judges.

KING, Circuit Judge. This is an appeal from the District Court of the United States of the Southern District of Georgia, reversing the referee and finding a debt of the Citizens' Bank of Moultrie, appellee, should be increased by the sum of $1,573. There was evidence in the record which authorized the court to find that said debt was $1,573 in excess of the amount found by the referee. The question seems to be one solely of fact. The court might have well concluded from the evidence that a mistake had been made by the referee in excluding the note for $1,573, and that it was still due. The judgment of the court in increasing said debt by said amount is therefore affirmed.